UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY MYERS | : CIVIL ACTION NO: |
| | : 3:02CV1152 (AWT) |
| V. | : |
| | : |
| JOHN LAVERTY and | : OCTOBER 22, 2002 |
| CITY OF HARTFORD, HARTFORD | |
| PUBLIC SCHOOLS | |

FILED
2003 OCT 24 P 12: 05
US DISTRICT COURT
HARTFORD CT

## MOTION FOR EXTENSION OF DEADLINES

The Plaintiff respectfully requests that the Court grant an extension of the remaining deadlines in this case as follows:

1. All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4) shall be completed (not propounded) on or before November 30, 2003.

2. Dispositive Motions shall be filed on or before January 15, 2004.

The Parties have been diligently pursuing discovery. However, additional time is necessary to complete depositions. The undersigned has contacted Diana Garfield, who has no objection to the requested extension of deadlines. This is the second requested extension of these deadlines.

PLAINTIFF

By: _____
Francis A. Miniter, Esq. ct09566
Christine E. Corriveau, Esq. ct21212
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106
(860) 560-2590

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 23 day of October, 2003:

Joseph W. McQuade, Esq.
Diana Garfield, Esq.
Kainan Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, CT 06106

_____
Christine E. Corriveau