UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1152 (AWT) |
| v. | : | |
| | : | |
| JOHN LAVERTY AND CITY OF | : | |
| HARTFORD, HARTFORD PUBLIC | : | |
| SCHOOLS, | : | |
| Defendants. | : | NOVEMBER 21, 2003 |
| | : | |

## DEFENDANTS' MOTION TO EXTEND PRETRIAL DEADLINES

Pursuant to Local Rule 7(b), defendants John Laverty et al. request that the Court extend the scheduling deadlines as follows:

1. All discovery shall be completed (not propounded) on or before February 28, 2004.

2. Dispositive motions shall be filed on or before April 18, 2004.

Defendants have been trying to take Ms. Myers' deposition for several months as follows:

1. On September 10, 2003, defendants proposed four dates in October to depose Ms. Myers. The response was that plaintiff was unavailable the entire month of October.

2. Since discovery was scheduled to end on October 30, 2003, and plaintiff had not sought an extension, defendants noticed the deposition for October 29, 2003.

3. Plaintiff then secured an extension of the discovery period until November 30, 2003.

4. On November 4, 2003, defendants noticed Ms. Myers' deposition for November 19, 2003.

5. On November 17, 2003, plaintiff notified defendants that she was unavailable for the scheduled deposition. (See, Exhibit 1, attached).

Defendants thus have diligently attempted to depose Ms. Myers within the discovery period but have been unable to do so.

This is defendants' second request to extend discovery. Plaintiff's counsel, Christine Corriveau, has been consulted about this motion and has no objection to it.

                                        DEFENDANTS,
                                        JOHN LAVERTY AND CITY OF HARTFORD,
                                        HARTFORD PUBLIC SCHOOLS

By _____/s/ Diana Garfield_____
      Diana Garfield/ct05551
      Kainen, Escalera & McHale, P.C.
      21 Oak Street, Suite 601
      Hartford, CT  06106
      Telephone (860) 493-0870
      Facsimile (860) 493-0871
      dgarfield@kemlaw.com
      Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of November 2003, a copy of the foregoing Motion to Extend Pretrial Deadlines was mailed via U.S. Mail, first-class, postage prepaid to:

Christine E. Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

_____
Diana Garfield

11930

# KAINEN, ESCALERA & McHALE, P.C.

21 OAK STREET
HARTFORD, CONNECTICUT 06106
TELEPHONE: (860) 493-0870
FACSIMILE: (860) 493-0871

September 10, 2003

Christine E. Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

> Re: ***Beverly Myers v. John Laverty and City Hartford, Hartford Public Schools***
> ***Civil Action No. 3:02CV1152 (AWT)***

Dear Christine:

I am writing to propose some dates for Ms. Myers' deposition. I can do it on the following dates:

> October 3, 2003
> October 4, 2003
> October 15, 2003
> October 16, 2003

Please let me know if your client has any preferences. If I don't hear from you by September 17, 2003, I will assume I can select the date I prefer.

Very truly yours,

Diana Garfield/ds
Diana Garfield

DG:ds
11092

# KAINEN, ESCALERA & MCHALE, P.C.

21 OAK STREET
HARTFORD, CONNECTICUT 06106
TELEPHONE: (860) 493-0870
FACSIMILE: (860) 493-0871

October 3, 2003

Christine E. Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

        *Re:*    *Myers I*

Dear Christine:

    As you recall, since the current scheduling order ends on October 31, 2003, I wrote to you last month about potential deposition dates for Ms. Myers. Your response was that you could not schedule her deposition until November, which is after the date set by court order. You agreed to file a motion to extend the schedule, to which I had no objection.

    Please secure the extension or I will have to notice the deposition for October. Thank you.

Very truly yours,

Diana Garfield

DG:ihc

# KAINEN, ESCALERA & MCHALE, P.C.

21 OAK STREET
HARTFORD, CONNECTICUT 06106
TELEPHONE: (860) 493-0870
FACSIMILE: (860) 493-0871

October 17, 2003

Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

Re: *Myers v. City of Hartford, et al*

Dear Christine:

Since you have not gotten an extension of time, discovery will end in this case on October 31, 2003.

Therefore, enclosed please find a Notice of Deposition for Ms. Myers.

Very truly yours,

Diana Garfield

DG:ihc
Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS<br>    Plaintiff,<br>v.<br><br>CITY OF HARTFORD, ET AL<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:03CV652 (PCD)<br><br><br><br><br>October 17, 2003 |

## NOTICE OF DEPOSITION

TO:   Beverly Myers
      c/o Christine Corriveau, Esq.
      Miniter & Associates
      147 Charter Oak Avenue
      Hartford, CT 06106

Please take notice that, pursuant to Federal Rules of Civil Procedure 33, the Defendants in the above-captioned action will take the deposition of the plaintiff, Beverly Myers beginning at 10:00 a.m. on Wednesday, October 29, 2003 at the offices of Kainen, Escalera & McHale, P.C., 21 Oak Street, Hartford, Connecticut before a court reporter or other competent authority. Oral examination will continue from day to day until completion or adjournment.

Counsel is invited to attend and cross-examine.

DEFENDANTS,

By _____
Diana Garfield
Federal Bar No. ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
dgarfield@kemlaw.com
Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of October 2003, a copy of the foregoing Notice of Deposition was mailed via U.S. Mail, first-class, postage prepaid to:

Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

_____
Diana Garfield

11479

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO: |
| V. | : | 3:02CV1152 (AWT) |
| | : | |
| JOHN LAVERTY and | : | OCTOBER 22, 2002 |
| CITY OF HARTFORD, HARTFORD | | |
| PUBLIC SCHOOLS | | |

## MOTION FOR EXTENSION OF DEADLINES

The Plaintiff respectfully requests that the Court grant an extension of the remaining deadlines in this case as follows:

1. All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4) shall be completed (not propounded) on or before November 30, 2003.

2. Dispositive Motions shall be filed on or before January 15, 2004.

The Parties have been diligently pursuing discovery. However, additional time is necessary to complete depositions. The undersigned has contacted Diana Garfield, who has no objection to the requested extension of deadlines. This is the second requested extension of these deadlines.

PLAINTIFF

By: _____/s/_____
Francis A. Miniter, Esq. ct09566
Christine E. Corriveau, Esq. ct21212
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106
(860) 560-2590

**Extensions GRANTED.** Discovery should be completed by November 30, 2003. Dispositive motions, if any, shall be filed on or before January 15, 2004.

_____/s/ A.W. Thompson_____
A. W. Thompson, U.S.D.J.
Hartford, CT    11/4/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY MYERS<br>Plaintiff,<br>v.<br><br>CITY OF HARTFORD, ET AL<br><br>Defendants. | CIVIL ACTION NO.<br>3:02CV1152 (AWT)<br><br><br><br><br>November 4, 2003 |

## NOTICE OF DEPOSITION

TO:  Beverly Myers
c/o Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT  06106

Please take notice that, pursuant to Federal Rules of Civil Procedure 33, the Defendants in the above-captioned action will take the deposition of the plaintiff, Beverly Myers beginning at 10:00 a.m. on Wednesday, November 19, 2003 at the offices of Kainen, Escalera & McHale, P.C., 21 Oak Street, Hartford, Connecticut before a court reporter or other competent authority. Oral examination will continue from day to day until completion or adjournment.

Counsel is invited to attend and cross-examine.

DEFENDANTS,

By _____
Diana Garfield
Federal Bar No. ct05551
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
dgarfield@kemlaw.com
Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of November 2003, a copy of the foregoing Notice of Deposition was mailed via U.S. Mail, first-class, postage prepaid to:

Christine Corriveau, Esq.
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106

_____
Diana Garfield

11479

- 2 -