EXTENSIONS GRANTED. The deadline for discovery will be February 27, 2004. The deadline for dispositive motions will be April 16, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    12/2/2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1152 (AWT) |
| v. | : | |
| JOHN LAVERTY AND CITY OF HARTFORD, HARTFORD PUBLIC SCHOOLS, | : | |
| Defendants. | : | NOVEMBER 21, 2003 |

**DEFENDANTS' MOTION TO EXTEND PRETRIAL DEADLINES**

Pursuant to Local Rule 7(b), defendants John Laverty et al. request that the Court extend the scheduling deadlines as follows:

1. All discovery shall be completed (not propounded) on or before February 28, 2004.

2. Dispositive motions shall be filed on or before April 18, 2004.

Defendants have been trying to take Ms. Myers' deposition for several months as follows:

1. On September 10, 2003, defendants proposed four dates in October to depose Ms. Myers. The response was that plaintiff was unavailable the entire month of October.

2. Since discovery was scheduled to end on October 30, 2003, and plaintiff had not sought an extension, defendants noticed the deposition for October 29, 2003.