UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY MYERS : CIVIL ACTION NO:
: 3:02CV1152 (AWT)
V. :
:
JOHN LAVERTY and : MARCH 4, 2004
CITY OF HARTFORD, HARTFORD
PUBLIC SCHOOLS

**MOTION FOR EXTENSION OF DEADLINES**

Pursuant to Local Rule 7(b), the Plaintiff respectfully requests that the Court grant an extension of the remaining deadlines in this case as follows:

1. All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4) shall be completed (not propounded) on or before April 30, 2004.

2. Dispositive Motions shall be filed on or before June 30, 2004.

The Parties have been diligently pursuing discovery. On February 19, 2004, the Defendant's took the Deposition of the Plaintiff, Beverly Myers. During the deposition, it became apparent to Plaintiff's Counsel that additional Interrogatories and Requests for Production were necessary. These have been sent to Defendant's Counsel. However, given the date of the deposition, it was impossible to propound the interrogatories in enough time for the Defendants to answer them within the discovery time allotted. Plaintiff requests the additional time to allow Defendants enough time to respond.

The undersigned has contacted Diana Garfield, who has no objection to the requested extension of deadlines. This is the Plaintiff's third requested extension of these deadlines.

PLAINTIFF

By: /s/ Christine
Francis A. Miniter, Esq. ct09566
Christine E. Corriveau, Esq. ct21212
Miniter & Associates
100 Wells Street Suite 1-D
Hartford, CT 06103
(860) 560-2590

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 4th day of March, 2004:

Joseph W. McQuade, Esq.
Diana Garfield, Esq.
Kainan Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, CT 06106

/s/ Christine
Christine E. Corriveau