UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO: |
| | : | 3:02CV1152 (AWT) |
| V. | : | |
| | : | |
| JOHN LAVERTY and | : | MARCH 4, 2004 |
| CITY OF HARTFORD, HARTFORD | | |
| PUBLIC SCHOOLS | | |

**MOTION FOR EXTENSION OF DEADLINES**

Pursuant to Local Rule 7(b), the Plaintiff respectfully requests that the Court grant an extension of the remaining deadlines in this case as follows:

1. All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4) shall be completed (not propounded) on or before April 30, 2004.

2. Dispositive Motions shall be filed on or before June 30, 2004.

The Parties have been diligently pursuing discovery. On February 19, 2004, the Defendant's took the Deposition of the Plaintiff, Beverly Myers. During the deposition, it became apparent to Plaintiff's Counsel that additional Interrogatories and Requests for Production were necessary. These have been sent to Defendant's Counsel. However, given the date of the deposition, it was impossible to propound the interrogatories in enough time for the Defendants to answer them within the discovery time allotted. Plaintiff requests the additional time to allow Defendants enough time to respond.

```
Extension GRANTED, nunc pro tunc. Discovery shall be completed on or before
April 30, 2004.  Dispositive motions, if any, shall be filed on or before June
30, 2004.  A Joint Trial Memorandum Order will be issued after the dispositive
motions deadline has passed.  It is so ordered.

Alvin W. Thompson, U.S.D.J.          Hartford, CT    3/12/2004
```