UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| | : | 3:02CV1152 (AWT) |
| v. | : | |
| | : | |
| JOHN LAVERTY AND | : | |
| CITY OF HARTFORD, HARTFORD | : | |
| PUBLIC SCHOOLS | : | JUNE 30, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants John Laverty and City of Hartford, Hartford Public Schools (the "Defendants") respectfully move for summary judgment on all claims contained in Plaintiff's Complaint. Summary Judgment should enter for the following reasons:

1. Plaintiff has failed to properly exhaust her administrative remedies with respect to her Title VII, ADA and ADEA claims by failing to obtain a right to sue letter from the U.S. Department of Justice;

2. Plaintiff Cannot Establish Actionable Illegal Discrimination against any of the Defendants;

3. Plaintiff Cannot Establish an Actionable Hostile Work Environment Claim;

4. Plaintiff has not pled or established a viable due process claim;

5. Plaintiff May Not Assert a Section 1981 Claim in this case;

      6.      Plaintiff Cannot Establish a Policy, Pattern or Practice of the "City of Hartford, Hartford Public Schools" to discriminate, harass or retaliate against employees based on their race, gender, age, alleged disabilities or for having engaged in protected activity;

      7.      The City of Hartford cannot be held liable in this matter by reason of legislative action;

      8.      Defendant Laverty Was Never Served with this action; and

      9.      Defendant Laverty is Entitled to Qualified Immunity and the remaining statutory causes of action do not allow for individual liability.

In further support of this motion, the Defendants rely upon the accompanying Memorandum of Law in Support, their Rule 56(a)(1) Statement of Facts Not in Dispute and accompanying affidavits and other materials.

                                  DEFENDANTS,
                                  JOHN LAVERTY AND CITY OF HARTFORD,
                                  HARTFORD PUBLIC SCHOOLS

By_____
        Joseph W. McQuade, ct12121
        Diana Garfield, ct05551
        Kainen, Escalera & McHale, P.C.
        21 Oak Street, Suite 601
        Hartford, CT  06106
        Telephone (860) 493-0870
        Facsimile (860) 493-0871
        jmcquade@kemlaw.com
        dgarfield@kemlaw.com
        Their Attorneys

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 30th day of June, 2004, a copy of the foregoing Motion for Summary Judgment was mailed via U.S. Mail, first-class, postage prepaid to:

Francis A. Miniter, Esq.
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103


                                                                             Joseph W. McQuade

14483