UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BEVERLY MYERS** | : | **CIVIL ACTION NO.** |
| | : | **3:02CV1152 (AWT)** |
| **v.** | : | |
| | : | |
| **JOHN LAVERTY AND** | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS** | : | **JUNE 30, 2004** |

## NOTICE OF MANUAL FILING

Please take notice that Defendants John Laverty and City of Hartford, Hartford Public Schools have manually filed the exhibits to their Motion for Summary Judgment and supporting papers. These exhibits have not been filed electronically because the electronic file size of the documents greatly exceed 1.5 megabytes.

These exhibits have been manually served on all parties.

          DEFENDANTS,
          JOHN LAVERTY AND CITY OF HARTFORD,
          HARTFORD PUBLIC SCHOOLS


          By_____
              Joseph W. McQuade, ct12121
              Diana Garfield, ct05551
              Kainen, Escalera & McHale, P.C.
              21 Oak Street, Suite 601
              Hartford, CT  06106
              Telephone (860) 493-0870
              Facsimile (860) 493-0871
              jmcquade@kemlaw.com
              dgarfield@kemlaw.com
              Their Attorneys

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of June, 2004, a copy of the foregoing Notice of Manual Filing was mailed via U.S. Mail, first-class, postage prepaid to:

Francis A. Miniter, Esq.
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

                                                   _____
                                                                  Joseph W. McQuade

14522