UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| | : | 3:02CV1152 (AWT) |
| v. | : | |
| | : | |
| JOHN LAVERTY AND | : | |
| CITY OF HARTFORD, HARTFORD | : | |
| PUBLIC SCHOOLS | : | JUNE 30, 2004 |

## EXHIBIT LIST

A. Relevant portions of the Transcript of the February 19, 2004 Deposition of Beverly Myers in this case and selected Exhibits. ("Myers I")

B. Relevant portions of the Transcript of the March 10, 2004 Deposition of Beverly Myers in Beverly Myers v. City of Hartford, et al, 3:03CV652 (PCD) and selected Exhibits. ("Myers II")

C. June 29, 2004 Affidavit of John Laverty.

D. June 29, 2004 Affidavit of Thomas Karpeichik.

E. Copy of the May 21, 2004 Affidavit of Webster Brooks (filed as Exhibit I to Defendants' Motion for Summary Judgment in Myers II).

F. Special Act 97-4.

G. Special Act 01-7.

H. Copies of Returns of Service attached to Docket No. 9 in this case.

I. Copy of Affidavit of Service attached to Docket No. 13 in this case.

J. Public Act 03-224

K.  Plaintiff's Responses to Defendant Laverty's First Request for Production of Documents

L.  Arbitration Award in the matter of The Hartford Federation of Teachers, Local No. 1018, AFT, AFL-CIO and the Hartford Board of Education, AAA Case No. 12 390 140 98 (September 12, 1999).

14500