# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Beverly Myers

v.

John Laverty et al

**APPEARANCE**

**CASE NUMBER:** 3:02CV1152(AWT)

FILED
2004 JUL 28  A 10: 57
U.S. DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff

---

7/26/04
**Date**

ct21212
**Connecticut Federal Bar Number**

860-560-2590
**Telephone Number**

860-560-3238
**Fax Number**

cecorriveau@hotmail.com
**E-mail address**

*(Signature)*
**Signature**

Christine E. Corriveau
**Print Clearly or Type Name**

100 Wells Street Unit 1-D
**Address**
Hartford, CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Joseph McQuade
Diana Garfield
21 Oak Street Suite 601
Hartford, CT 06106

*(Signature)*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001