## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | ) | |
|     Plaintiff | ) | CIVIL ACTION NO. |
| | ) | 3:02CV1152 (AWT) |
| VS. | ) | |
| | ) | |
| JOHN LAVERTY and | ) | |
| CITY OF HARTFORD, HARTFORD | ) | |
| PUBLIC SCHOOLS | ) | AUGUST 31, 2004 |
|     Defendant | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiff in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Summary Judgment. The Plaintiff makes this request because of the following:

Plaintiff's Counsel's firm consists of three attorneys - Attorney Miniter, Attorney Spineti and the undersigned. Attorney Daniel Spineti, a Major in the National Guard, has been activated to go to Iraq by September 17, 2004. Attorney Francis Miniter and the undersigned will be required to take on all Attorney Spineti's case load. In the past few weeks we have been familiarizing ourselves with his clients in an emergency situation, and the next few weeks will continue to be extremely hectic.

The undersigned requests an extension of three weeks in which to file the Objection to the Defendant's Motion for Summary Judgment to September 21, 2004.

The Defendant's counsel Joseph McQuade has been contacted and he has no objection to this request for an extension of time.

This is the first extension of time requested by the Plaintiff in this matter.

THE PLAINTIFF

By /s/ Christine E. Corriveau
Christine E. Corriveau, her attorney
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06103
860-560-2590 ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 31st day of August, 2004:

Joseph W. McQuade, Esq.
Diana Garfield, Esq.
Kainan Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, CT 06106

/s/ Christine E. Corriveau
Christine E. Corriveau