

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY MYERS | CIVIL ACTION NO: |
| | 3:02CV1152 (AWT) |
| V. | |
| | |
| JOHN LAVERTY and | JULY 20. 2004 |
| CITY OF HARTFORD, HARTFORD | |
| PUBLIC SCHOOLS | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff in the above captioned matter hereby requests an extension of time until August 31, 2004 to respond to the Defendant's Motion for Summary Judgment dated June 30, 2004. The Plaintiff make this request due to an unusually heavy case load. The Plaintiff is presently completing a response to Defendant's Motion for Summary Judgment in a companion case, Myers v. City of Hartford, et al, Civil Action No: 3:03CV652 (PCD). The response is due by July 31, 2004.

In addition, Plaintiff's Counsel has had to cover cases for Maj. Daniel C. Spineti, an attorney with this firm, who has been on active duty with the Connecticut National Guard for the last two weeks. He is scheduled to return on Monday.

The Plaintiff has contacted Defendant's Counsel who has no objection to this motion.

This is the Plaintiff's First Request for an Extension of Time to Object to the Defendant's Motion for Summary Judgment.

Extension GRANTED, nunc pro tunc, to and including August 31, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/3/04

THE PLAINTIFF

By _____
Christine E. Corriveau
Miniter & Associates
100 Wells Street Unit 1-D
Hartford, CT 06105
860-560-2590 ct21212