UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| | ) | 3:02CV1152 (AWT) |
| VS. | ) | |
| | ) | |
| JOHN LAVERTY and | ) | |
| CITY OF HARTFORD, HARTFORD | ) | |
| PUBLIC SCHOOLS | ) | AUGUST 31, 2004 |
| Defendant | | |

FILED 2004 AUG 31 P 3:52 U.S. DISTRICT COURT HARTFORD, CT.

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9, the Plaintiff in the above entitled matter hereby requests an extension of time in which to answer the Defendant's Motion for Summary Judgment. The Plaintiff makes this request because of the following:

Plaintiff's Counsel's firm consists of three attorneys - Attorney Miniter, Attorney Spineti and the undersigned. Attorney Daniel Spineti, a Major in the National Guard, has been activated to go to Iraq by September 17, 2004. Attorney Francis Miniter and the undersigned will be required to take on all Attorney Spineti's case load. In the past few weeks we have been familiarizing ourselves with his clients in an emergency situation, and the next few weeks will continue to be extremely hectic.

The undersigned requests an extension of three weeks in which to file the Objection to the Defendant's Motion for Summary Judgment to September 21, 2004.

The Defendant's counsel Joseph McQuade has been contacted and he has no objection to this request for an extension of time.

This is the first extension of time requested by the Plaintiff in this matter.

FILED 2004 SEP -3 P 4 U.S. DISTRICT COURT HARTFORD, CT.

**DENIED, as moot.**
**It is so ordered.**

/s/
Alvin W. Thompson, U.S.D.J.
Hartford, CT   9/3/04