UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO: |
| | : | 303CV1152 (AWT) |
| V. | : | |
| | : | |
| JOHN LAVERTY ET AL | : | September 21, 2004 |

**OBJECTION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

The Plaintiff herein objects to the Defendants Motion for Summary Judgment for the reasons contained in the Memorandum of Law filed herewith.  The Plaintiff files the following additional supporting documents:

1.    Affidavit of Beverly Myers;

2.    Affidavit of Nukilwa Taquilaya

3.    Affidavit of Christine E. Corriveau;

4.    Second Affidavit of Christine E. Corriveau

5.    Affidavit of Carolyn P.B. Carter

5.    56A(2) Statement.

                        THE PLAINTIFF


                        By_____
                        Francis A. Miniter
                        Christine E. Corriveau
                        Miniter & Associates
                        100 Wells Street Unit 1-D
                        Hartford, CT 06103
                        860-560-2590 ct09566/ct21212

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this _____ day of September, 2004:

Diana Garfield, Esq.
Joseph W. McQuade, Esq.
Kainan Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, CT 06106

_____
Francis A. Miniter/Christine E. Corriveau