UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY MYERS                )
    Plaintiff               )
                             )
VS.                          )
                             )
JOHN LAVERTY and             )
CITY OF HARTFORD, HARTFORD   )
PUBLIC SCHOOLS               )     SEPTEMBER 13, 2004
    Defendant

STATE OF CONNECTICUT
                        Ss: Hartford
COUNTY OF HARTFORD

**AFFIDAVIT OF CAROLYN P.B. CARTER**

The undersigned, being over the age of eighteen years and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.    I am an African-American woman, over the age of 50.

2.    I was employed as a teacher by the Hartford Public School System for approximately 19 years in varying positions in at least six different schools.  I resigned my position on August 14, 2000 because I was subjected to personal attacks and disrespect from Hartford Public Schools administrators.

3.    I had been subjected to verbal abuse from my superiors, had received unfair evaluations, and had my office and car vandalized two times.  Despite my repeated complaints to the administration, nothing was ever done to support me or to remedy the situation.

4.    A friend of mine is also an older African American female teacher at Weaver High School.  She is presently also being subjected to unfair and unequal discipline and treatment by the Hartford Public School System.

Dated at Hartford, Connecticut this \_\_\_\_ day of September, 2004.

_____
Carolyn P.B. Carter

Subscribed and sworn to before me this \_\_\_ day of September, 2004.

_____
Christine E. Corriveau