UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY MYERS )<br>    Plaintiff )<br>)<br>VS. )<br>)<br>JOHN LAVERTY and )<br>CITY OF HARTFORD, HARTFORD )<br>PUBLIC SCHOOLS )<br>    Defendant | SEPTEMBER 17, 2004 |

STATE OF CONNECTICUT
                        Ss: Hartford
COUNTY OF HARTFORD

## AFFIDAVIT OF NUKILWA TAQUILAYA

The undersigned, being over the age of eighteen years and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.    I was employed at Trinity College as Coordinator of the Trinity Connecticut Campus Compact Program. I have been involved in the arbitration or mediation of several labor issues.

2.    Early in the year 2002, I was appointed by Beverly Myers as an impartial panel member in "The Matter of Superintendent of Hartford Public Schools and Tenured Teacher Beverly Myers." John Romanow was appointed by the Superintendent of Schools and Marl Irvings was the neutrally appointed panel member.

3.    Hearings were held on May 13 and 14, 2002, June 10, 24th and 26th, 2002 and July 10, 2002.

4.    A September 13, 2002 hearing was scheduled, but the hearing process was terminated when the neutral arbitrator made an issue of payment of future fees to him.

5. During the course of the six hearings, numerous witnesses were questioned. The testimony went well for Mrs. Myers. In fact, the Superintendent was required by a unanimous panel to withdraw its main charge against Beverly Myers, namely that she should be dismissed on the basis of a negative evaluation given her in May of 2001.

6. Furthermore, despite the presentation of numerous witnesses by the Superintendent, no conduct warranting dismissal had been testified to by any witness. There was no evidence of insubordinate behavior warranting the Plaintiff's dismissal. In fact, there was no evidence of any behavior by Ms. Myers that would bring attention to her unless someone was scrutinizing her behavior.

7. There were numerous inconsistencies with Mr. Laverty's testimony. For example, Mr. Laverty did not treat all the teachers in the same way. Some teachers would sign in on the wrong place in the sign in sheet or consistently sign in late. According to the testimony, some of the teachers should have been fired due to their serious tardiness and attendance records. While Mr. Laverty never made an issue of it for other teachers, he applied undue scrutiny when monitoring Ms. Myers' attendance.

8. According to the testimony, Mr. Laverty was aware of Ms. Myers medical condition and that she was under a doctor's care. Mr. Laverty should have accommodated Ms. Myers while she was attempting to work under a doctor's care.

9. According to testimony, Ms. Myers behaved as a professional at all times and was very experienced as a teacher.

10. There was evidence at the hearing that Mr. Laverty improperly discussed the Plaintiff with the other teachers and attempted to have the other teachers keep an eye on her and monitor her behavior on his behalf.

11. Mr. Laverty's behavior created a hostile environment and allowed the staff to act in an unprofessional manner to Ms. Myers. He appeared to scrutinize Ms. Myers unfairly and encouraged the staff to do the same.

Dated at Hartford, Connecticut this ____ day of September, 2004.

_____
Nukilwa Taquilaya

Subscribed and sworn to before me this ___ day of September, 2004.

_____
Christine E. Corriveau