**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BEVERLY MYERS | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| JOHN LAVERTY and | ) | |
| CITY OF HARTFORD, HARTFORD | ) | |
| PUBLIC SCHOOLS | ) | AUGUST 31, 2004 |
| Defendant | | |

**AFFIDAVIT OF CHRISTINE E. CORRIVEAU**

STATE OF CONNECTICUT
                                            Ss: Hartford
COUNTY OF HARTFORD

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.      I am an attorney for the Plaintiff in the above entitled matter.

2.      That a Right to Sue Letter was requested from the EEOC in a timely manner.  The EEOC sent the Request to the Department of Justice for processing.  Due to an error at the Department of Justice, the request was never acted upon.

3.      I contacted Karen Ferguson at the Department of Justice, who confirmed that our request was made in March of 2002 and that they were in error for not acting on it.  The Department of Justice processed the request for the Plaintiff and attached as Exhibit 1 is the Notice of Right to Sue.

Dated at Hartford, Connecticut this _____ day of August, 2004.

_____
Christine E. Corriveau

Subscribed and sworn to before me this ____ day of August, 2004.

_____
Daniel C. Spineti
Commissioner of the Superior Court