UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS </br>     Plaintiff | ) </br> ) </br> ) | 3:03cv1152 (AWT) |
| VS. | ) </br> ) | |
| JOHN LAVERTY and </br> CITY OF HARTFORD, HARTFORD </br> PUBLIC SCHOOLS </br>     Defendant | ) </br> ) </br> ) </br> ) | SEPTEMBER 21, 2004 |

### SECOND AFFIDAVIT OF CHRISTINE E. CORRIVEAU

STATE OF CONNECTICUT
                          Ss: Hartford
COUNTY OF HARTFORD

The undersigned, being over the age of eighteen years, and believing in the obligations of an oath, and being duly deposed, hereby make affidavit and state:

1.     I am an attorney for the Plaintiff in the above entitled matter.

2.     Attached are true copies of the Deposition of Beverly Myers pages 1, 2, 91, 92, 115 and 165.

Dated at Hartford, Connecticut this _____ day of September, 2004.

_____
Christine E. Corriveau

Subscribed and sworn to before me this _____ day of September, 2004.

_____
Francis A. Miniter
Commissioner of the Superior Court