UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BEVERLY MYERS** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1152 (AWT) |
| v. | : | |
| | : | |
| **JOHN LAVERTY AND CITY OF HARTFORD, HARTFORD PUBLIC SCHOOLS,** | : | |
| | : | |
| | : | |
| Defendants. | : | OCTOBER 6, 2004 |
| | : | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendants John Laverty et al. request that the Court extend the deadline for the filing of Defendants' Reply Brief to Plaintiff's Opposition to Motion for Summary Judgment by 5 days up to and including Friday, October 15, 2004. Additional time is necessary in order to properly evaluate the evidence and arguments raised in Plaintiff's Opposition to Defendants' Motion for Summary Judgment. The undersigned has also been ill, which has hampered his ability to prepare the Reply Brief. Although various extensions of the discovery deadlines have been granted and Plaintiff was granted two extensions of time in which to file her Opposition, this is the first requested extension of time directed towards the filing of Defendants' Reply Brief. The undersigned has contacted Plaintiff's counsel, Francis Miniter, who consents to the requested extension of time.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANTS,
JOHN LAVERTY AND CITY OF HARTFORD,
HARTFORD PUBLIC SCHOOLS


By _____
    Joseph W. McQuade, ct12121
    Diana Garfield, ct05551
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    Telephone (860) 493-0870
    Facsimile (860) 493-0871
    jmcquade@kemlaw.com
    dgarfield@kemlaw.com
    Their Attorneys


**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 6th day of October 2004, a copy of the foregoing Motion to Extension of Time was mailed via U.S. Mail, first-class, postage prepaid to:

Francis A. Miniter, Esq.
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103


_____
Joseph W. McQuade

15617