UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1152 (AWT) |
| v. | : | |
| JOHN LAVERTY AND CITY OF HARTFORD, HARTFORD PUBLIC SCHOOLS, | : : : | |
| Defendants. | : | OCTOBER 6, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendants John Laverty et al. request that the Court extend the deadline for the filing of Defendants' Reply Brief to Plaintiff's Opposition to Motion for Summary Judgment by 5 days up to and including Friday, October 15, 2004. Additional time is necessary in order to properly evaluate the evidence and arguments raised in Plaintiff's Opposition to Defendants' Motion for Summary Judgment. The undersigned has also been ill, which has hampered his ability to prepare the Reply Brief. Although various extensions of the discovery deadlines have been granted and Plaintiff was granted two extensions of time in which to file her Opposition, this is the first requested extension of time directed towards the filing of Defendants' Reply Brief. The undersigned has contacted Plaintiff's counsel, Francis Miniter, who consents to the requested extension of time.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

Extension GRANTED, nunc pro tunc, to and including October 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    11/12/04