UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLY MYERS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1152 (AWT) |
| v. | : | |
| | : | |
| JOHN LAVERTY AND | : | |
| CITY OF HARTFORD, | : | |
| HARTFORD PUBLIC SCHOOLS | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Beverly Myers, and Defendants, John Laverty and City of Hartford, Hartford Public Schools, hereby voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice and without costs and attorneys fees to either party.

PLAINTIFF,
BEVERLY MYERS

By _____
Francis Miniter, ct 09566
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103
(860) 560-2590 (telephone)
(860) 560-3238 (fax)
m.niter@attglobal.net
Her Attorneys

Date: 12-28-05

DEFENDANTS,
JOHN LAVERTY AND CITY OF
HARTFORD, HARTFORD PUBLIC
SCHOOLS

By _____
Joseph W. McQuade, ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
(860) 493-0870 (telephone)
(860) 493-0871 (fax)
jmcquade@kemlaw.com
Their Attorneys

Date: 1/12/06